# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

150148

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                       SC: 150148
                                       COA: 314706
                                       Wayne CC: 12-010198-FH

DON DALE YOWCHUANG,
         Defendant-Appellee.

_____/

      By order of November 26, 2014, the application for leave to appeal the August 5, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Seewald* (Docket No. 150146). On order of the Court, the case having been decided on April 25, 2016, 499 Mich 111 (2016), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, and we REMAND this case to the Wayne Circuit Court to reinstate the bindover decision of the 16th District Court and for further proceedings consistent with this Court's opinion in *People v Seewald*.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016                         

p0620                                                Clerk